UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: NO.
v. :
:
BRUCE J. KIZER, : (     J.)
Defendant :

## INFORMATION

### Count 1
18 U.S.C. § 1701
(Obstruction of Mails Generally)

**THE UNITED STATES ATTORNEY CHARGES:**

On various dates beginning May 2014 through June 2014, in the Middle District of Pennsylvania, the defendant,

**BRUCE J. KIZER,**

did knowingly and willfully obstruct and retard the passage of the mail that had lawfully come into his possession and was entrusted to him, which mail matter was intended to be conveyed by mail, to wit; the defendant obstructed the passage of mail for the purpose of stealing a quantity of United States Currency from inside multiple greeting cards prior to delivery of the cards to the intended recipients.

1

All in violation of Title 18, United States Code, § 1701.

Date: Oct 8, 2015

PETER J. SMITH
UNITED STATES ATTORNEY