UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

FILED
WILKES BARRE
OCT 1 4 2015
Per _____ M.S

UNITED STATES OF AMERICA

vs                                          3:15-PO-0013

BRUCE J. KIZER

TYPE OF CASE: **PETTY OFFENSE**

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
FEDERAL BLDG
197 SOUTH MAIN STREET
WILKES-BARRE, PA 18701

**COURTROOM:** No. 1
First Floor

**DATE AND TIME:**
**Thursday, October 29, 2015**
at **10:00 a.m.**

**TYPE OF PROCEEDINGS:** **INITIAL APPEARANCE & ARRAIGNMENT ON INFORMATION**

**DATE:** October 14, 2015

MARIA ELKINS, CLERK
s/ Mary R. Schirra
MARY R. SCHIRRA
Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., US MAGISTRATE JUDGE
Michelle Olshefski, AUSA
Patrick M. Rogan, Esq.
U.S. PROBATION
U.S. MARSHAL
COURT REPORTER